**Order entered September 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00286-CR

**TOMMY RAY KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55339-R**

## ORDER

Before the Court is appellant's August 31, 2018 second motion for extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **October 1, 2018**. If appellant's brief is not filed by October 1, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/      LANA MYERS
JUSTICE